N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for Michael Cohen

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**MICHAEL COHEN,**<br>**Defendant.** | Case No.: **3:24-cr-00263-MMC**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND DEFENDANT MICHAEL COHEN'S PRETRIAL RELEASE CONDITIONS** |

Defendant Michael Cohen, by and through his attorney, N. Allen Sawyer, and the United States of America, by and through Assistant United States Attorney Wendy Garbers, hereby stipulate and agree as follows:

1. Mr. Cohen is currently on pretrial release with travel restricted to the Northern District of California, and the Eastern District of California.

2. Mr. Cohen respectfully requests that the Court temporarily modify his conditions of release to allow travel to Charleston, South Carolina from August 14, 2026 to August 26, 2026 to visit his father.

3. During this travel, Mr. Cohen will be reside with his father, David Cohen, at 15 Saint Augustine Drive, Charleston, SC 29407. There will not be any minors present where he intends to reside.

All individuals Mr. Cohen will have contact with during this trip are adults; no minors will be present.

4. All other conditions of release shall remain in full force and effect.

Accordingly, the parties respectfully request that the Court enter the proposed order below.

**IT IS SO STIPULATED.**

Dated: July 24, 2026

/s/ N. Allen Sawyer

**N. ALLEN SAWYER**
Attorney for Michael Cohen

Dated: July 24, 2026

/s/ Wendy M. Garbers

**WENDY M. GARBERS**
Assistant United States Attorney

**[~~PROPOSED~~ ORDER]**

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, the Court hereby orders that Defendant Michael Cohen is authorized to travel to Charleston, South Carolina from August 14, 2026 to August 26, 2026.

All other conditions of pretrial release shall remain in full force and effect.

**IT IS SO ORDERED**

Date: August 4, 2026

HONORABLE MAXINE M. CHESNEY